UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :   **NOTICE OF APPEARANCE AND**
                                    :   **REQUEST FOR ELECTRONIC**
CHI PING PATRICK HO,                    **NOTIFICATION**
   a/k/a "Patrick C.P. Ho," and     :
CHEIKH GADIO                            17 Mag. 8611
                                    :
            Defendants.
                                    X
- - - - - - - - - - - - - - - - - - -

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          SANDRA MOSER, Acting Chief
                          Criminal Division, Fraud Section
                          U.S. Department of Justice

                    by:   /s/ David A. Last
                          David A. Last
                          Trial Attorney
                          (202) 616-5651 (telephone)
                          **David.Last2@usdoj.gov** (email)

cc:  Counsel for Defendant Chi Ping Ho (a/k/a Patrick C.P. Ho)
     Counsel for Defendant Cheikh Gadio